Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*Rausch, Sturm, Israel, Enerson & Hornik LLP*
*d/b/a Rausch Sturm*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JARED JAFFEE,

Plaintiff,

v.

RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP d/b/a RAUSCH STURM

Defendant.

CASE NO. 2:20-cv-2069-JAD-DJA

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

Defendant Rausch, Sturm, Israel, Enerson & Hornick LLP's ("Rausch Sturm") response to Plaintiff Jared Jaffee's complaint currently is due December 4, 2020. Rausch Sturm has requested, and Plaintiff has agreed, that Rausch Sturm has up to and including December 18, 2020 to respond to Plaintiff's complaint, to provide time for Rausch Sturm to investigate Plaintiff's allegations and to explore potential early resolutions.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: December 4, 2020

BALLARD SPAHR LLP

By: /s/ Abran Vigil
Abran E. Vigil
Nevada Bar No. 7548
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm*

THE VERSTANDIG LAW FIRM LLC

By: /s/ Maurice VerStandig
Maurice VerStandig
Nevada Bar No. 15346
1452 W. Horizon Ridge, #665
Henderson, NV 89012
(301) 444-4600
mac@mbvesq.com

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: December 7, 2020

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
702.471.7000 FAX 702.471.7070