Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com

*Attorneys for Defendant*
*Rausch, Sturm, Israel, Enerson & Hornik LLP*
*d/b/a Rausch Sturm*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARED JAFFEE,<br><br>    Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP d/b/a RAUSCH STURM<br><br>    Defendant. | CASE NO. 2:20-cv-2069-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant Rausch, Sturm, Israel, Enerson & Hornick LLP's ("Rausch Sturm") response to Plaintiff Jared Jaffee's complaint currently is due December 18, 2020. Rausch Sturm has requested, and Plaintiff has agreed, that Rausch Sturm has up to and including January 15, 2020 to respond to Plaintiff's complaint. The parties continue to explore a resolution to this matter in good faith, which forms the basis for this second request.

*[Continued on following page.]*

DMWEST #40752159 v1

      This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated:  December 17, 2020

| BALLARD SPAHR LLP | THE VERSTANDIG LAW FIRM LLC |
|---|---|
| By: /s/ Abran Vigil | By: /s/ Maurice VerStandig |
| Abran E. Vigil | Maurice Ver Standig |
| Nevada Bar No. 7548 | Nevada Bar No. 15346 |
| 1980 Festival Plaza Drive, Suite 900 | 1452 W. Horizon Ridge, #665 |
| Las Vegas, Nevada 89135 | Henderson, NV 89012 |
|  | (301) 444-4600 |
| *Attorneys for Defendant* | mac@mbvesq.com |
| *Rausch, Sturm, Israel, Enerson &* |  |
| *Hornik LLP d/b/a Rausch Sturm* | *Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:  December 21, 2020