Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com

*Attorneys for Defendant*
*Rausch, Sturm, Israel, Enerson & Hornik LLP*
*d/b/a Rausch Sturm*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JARED JAFFEE,<br><br>  Plaintiff,<br><br>v.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP d/b/a RAUSCH STURM<br><br>  Defendant. | CASE NO. 2:20-cv-2069-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Defendant Rausch, Sturm, Israel, Enerson & Hornick LLP's ("Rausch Sturm") response to Plaintiff Jared Jaffee's complaint currently is due January 15, 2021. Rausch Sturm has requested, and Plaintiff has agreed, that Rausch Sturm has up to and including January 29, 2021 to respond to Plaintiff's complaint. The parties require additional time to finalize a settlement, which forms the basis for this third request.

*[Continued on following page.]*

DMWEST #40877885 v1

This is the third request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 15, 2021

| BALLARD SPAHR LLP | THE VERSTANDIG LAW FIRM LLC |
|---|---|
| By: /s/ Abran Vigil<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Rausch, Sturm, Israel, Enerson &*<br>*Hornik LLP d/b/a Rausch Sturm* | By: /s/ Maurice VerStandig<br>Maurice VerStandig<br>Nevada Bar No. 15346<br>1452 W. Horizon Ridge, #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 19, 2021